UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. |
| ) | Case No. |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Sec. 1325 |
| **Juan MARTINEZ-Echeverria** ) | Illegal Entry (Misdemeanor) |
| ) | |
| ) | '08 MJ 2755 |
| Defendant ) | |

FILED
08 SEP -8 AM 10:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

The undersigned complainant, being duly sworn, states:

That on or about, **September 4, 2008** within the Southern District of California, defendant, **Juan MARTINEZ-Echeverria**, an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers, and elude examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325.

And the complainant further states that this complaint is based on statements of the apprehending officer that the defendant was found near **Tecate**, California, and upon inquiry was unable to establish United States citizenship, and admitted to apprehending officer that he was a citizen of **Cuba**, and had no right to be in or to enter the United States. It is further based upon the defendant's admission that he last entered the United States without inspection near **Tecate**, California, on or about **September 4, 2008**.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Dwain R. Holmes Jr.
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **8th** DAY OF SEPTEMBER, 2008

Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

DOA 9/4/08

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On September 4, 2008 at approximately 11:30 p.m., Border Patrol Agent L. Barragan encountered three individuals, including one later identified as defendant **Juan MARTINEZ-Echeverria**, in the area of Campo, California. This area is approximately nine miles east and one mile north of the United States/Mexico International border.

Agent Barragan identified himself as a Border Patrol Agent and queried the group as to their immigration status. Two of the individuals admitted to being citizens and nationals of Mexico illegally present in the United States. The defendant admitted to being a citizen and national of Cuba illegally present in the United States. At 11:30 p.m., Agent Barragan took the group into custody and transported them to the Forest Gate Processing Center in Campo, California for processing.

Executed on September 6, 2008 at 9:00 a.m.

_____
Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on September 4, 2008, in violation of Title 8, United States Code, Section 1325.

_____
Louisa S. Porter
United States Magistrate Judge

9/6/08  1:00 p.m
Date/Time